# UNITED STATES BANKRUPTCY COURT

### District of New Mexico

In re    Bishop of the Roman Catholic Church of the Diocese of Gallup,       Case No.   13-13677-t11  

      an Arizona corporation sole,                      (If known)

         Debtor

## STATEMENT OF FINANCIAL AFFAIRS

       This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

       Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

       *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

       *"Insider."* The term "insider" includes but is not limited to:  relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

---

      **1.    Income from employment or operation of business**

None
☒

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

      AMOUNT                                  SOURCE

---

**2.    Income other than from employment or operation of business**

None
☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case.   Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|         Period          |    Amount    |    Source    |
|-------------------------|--------------|--------------|

**3.    Payments to creditors**

***Complete a, or b., as appropriate, and c.***

None
☒

a.  *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|------------------------------|-------------------|-------------|--------------------|

None
☒

b.  *Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made* within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|------------------------------|-----------------------------|-----------------------------------|--------------------|

None
☒

c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---------------------------------------------------------|-----------------|-------------|--------------------|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☒

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5.  Repossession, foreclosures and returns**

None
☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6.  Assignments and receiverships**

None
☒

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☒

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7.    Gifts**

None ⊠    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.    Losses**

None ⊠    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.    Payments related to debt counseling or bankruptcy**

None ⊠    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**10.    Other transfers**

None ⊠    a. List all other property, other than transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

⊠    b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

4

**11.    Closed financial accounts**

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGIST OF ACCOUNT NUMBER AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.    Safe deposit boxes**

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.    Setoffs**

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.    Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## SEE ATTACHED

**NOTE: The real and personal property listed in the attachments to line 14 consists of real and personal property (the "Trust Property") in which the Debtor holds mere legal title and no equitable interest. The Trust Property is not controlled by the Debtor, and the Debtor holds such property in trust for each of the entities listed in the attachment to SOFA line 14 (as to that entities' property). Accordingly, the Trust Property is property held for another and is not property of the estate pursuant to 11 U.S.C. § 541.**

BISHOP OF ROMAN CATHOLIC CHURCH OF THE DIOCESE OF GALLUP,            Case No.  13-13677-t11
an Arizona corporation sole,
Form 7 Statement of Financial Affairs
Line 14 - Property held for another person

**Trust Property**

| Name and Address of Owner | Description of Property | Value of Property | Location of Property |
|---|---|---|---|
| St. Helena Parish<br>42909 U.S. 180<br>Alpine, AZ 85920 | Parcel No. 101-29-009A.  Legal Description: Commencing at the East quarter corner of Section Eighteen (18), Township 5 North, Range 31 East, Gila and Salt River Base and Meridian; thence North 86 degrees 22 minutes 9 seconds West along the East-West midsection line of said Section 18, a distance of 1186.56 feet; thence North 2 degrees 17 minutes 35 seconds East, 100.75 feet to the True Point of Beginning; thence North 87 degrees 27 minutes 20 seconds West, 330 feet; thence North 2 degrees 23 minutes 50 seconds East, 585 feet; thence South 87 degrees 27 minutes 20 seconds East, 330 feet, to a point lying approximately under a Forest Service fence; thence South 2 degrees 23 minutes 50 seconds West along said fence 565 feet to a point on the North right of way line of U.S. Highway 260; thence South 2 degrees 23 minutes 50 seconds West, 21 feet to the True Point of Beginning. | Unknown | Alpine, AZ |
| St. Helena Parish<br>42909 U.S. 180<br>Alpine, AZ 85920 | Parcel No. 101-29-009B.  Legal Description: Commencing at the East quarter corner of Section Eighteen (18), Township 5 North, Range 31 East, Gila and Salt River Base and Meridian; thence North 86 degrees 22 minutes 9 seconds West along the East-West midsection line of said Section 18 a distance of 1186.56 feet; thence North 2 degrees 17 minutes 35 seconds East, 100.75 feet to the True Point of Beginning; thence North 2 degrees 23 minutes 50 seconds East a distance of 585 feet; thence South 87 degrees 27 minutes 20 seconds East a distance of 41 feet more or less to the East line of the Southwest quarter of the Northeast quarter of Section 18; thence South 4 degrees 31 minutes 00 seconds West along the East line of the Southwest quarter of the Northeast quarter a distance of 585 feet more or less; thence North 87 degrees 27 minutes 20 seconds West a distance of 65 feet more or less to the True Point of Beginning | Unknown | Alpine, AZ |
| St. Peter Parish<br>203 E. Apache Street<br>Springerville, AZ 85938 | Parcel No. 105-20-130.  Legal Description: Being the East half of Lot 11, Block 19, Springerville Townsite, County of Apache, State of Arizona, as the same appears on the Official Plat of said Townsite of Springerville, file in the office of the County Recorder of said Apache County and more particularly described as follows, to wit: Beginning at the Southeast corner of the Southwest quarter of the Northwest quarter of Section 33, Township 9 North, Range 29 East of the Gila and Salt River Base and Meridian, Apache County, Arizona; thence North 6 chains and 6 links; thence West 4 chains and 65 links; thence North 5 degrees East 265 feet to the True Point of Beginning; thence North 5 degrees East 359 feet to a stake; thence West 85 feet to a stake; thence South 5 degrees West 359 feet to a stake; thence due East 83 feet to the place of beginning. | Unknown | Springerville, AZ |
| St. Peter Parish<br>203 E. Apache Street<br>Springerville, AZ 85938 | Parcel No. 105-20-131.  Legal Description: Being part of Lot 11, Block 19, Springerville Townsite, County of Apache, State of Arizona, as the same appears on the Official Plat of said Townsite of Springerville, file in the office of the County Recorder of said Apache County and more particularly described as follows, to wit: Beginning at the Southeast corner of the Southwest quarter of the Northwest quarter of Section 33, Township 9 North, Range 29 East of the Gila and Salt River Base and Meridian, Apache County, Arizona; thence North 6 chains and 6 links; thence West 4 chains and 65 links; thence North 5 degrees East 265 feet; thence West 83 feet to the True Point of Beginning, to a fence corner; thence North 359 feet; thence West 83 feet; thence South 5 degrees West 359 feet; thence East 83 feet to the True Point of Beginning. | Unknown | Springerville, AZ |

BISHOP OF ROMAN CATHOLIC CHURCH OF THE DIOCESE OF GALLUP,　　　Case No. 13-13677-t11
an Arizona corporation sole,
Form 7 Statement of Financial Affairs
Line 14 - Property held for another person

**Trust Property**

| Name and Address of Owner | Description of Property | Value of Property | Location of Property |
|---|---|---|---|
| St. Peter Parish<br>203 E. Apache Street<br>Springerville, AZ 85938 | Parcel No. 105-20-130B. Legal Description: That parcel of land located within section 33, Township 9 North, Range 39 East, Gila and Salt River Meridian, Apache County, Arizona more particularly described as follows: Commencing at a stake 350 West, 997 feet North of the Center of the South Boundary line in the Northwest Quarter of Sec. 33, T9N, R29E, G&SR Meridian, in Apache County, Arizona; Thence North 275 feet to a stake; thence East 119 feet to a stake, thence South 274 feet to a stake, and thence West 165 feet back to the plae of beginning. | Unknown | Springerville, AZ |
| St. Peter Parish<br>203 E. Apache Street<br>Springerville, AZ 85938 | Parcel No. 105-20-134. Legal Description: A Portion of the Southwest quarter of the Northwest quarter of Section 33, Township 9 North, Range 29 East, of the Gila and Salt River Base and Meridian, Apache County, Arizona, more particularly described as follows: Commencing at the Centerwest 1/16th corner of said Section 33; thence North 25 degrees, 15 minutes, 11 seconds West, a distance of 749.01 feet toa 5/8" rebar with LS. Cap #12014; thence South 88 degrees 36 minutes, 50 seconds East, a distance of 143.00 feet to the True Point of Beginning; thence North 02 degrees, 47 minutes, 10 seconds East a distance of 380.94 feet; thence North 86 degrees, 03 minutes, 41 seconds West a disance of 133.06 feet; thence North 04 degrees, 48 minutes 15 seconds East, a distance of 120.00 feet; thence South 88 degrees, 14 minutes, 12 seconds East, a distance of 64.40 feet; thence North 09 degrees, 10 minutes, 14 seconds West, a distance of 70.57 feet; thence North 86 degrees, 40 minutes, 50 seconds West a distance of 133.64 feet; thence South 00 degrees, 03 minutes, 07 seconds West, a distance of 220.43 feet; thence North 88 degrees, 40 minutes, 02 seconds West, a distance of 104.90 feet; thence South 04 degrees, 33 minutes, 54 seconds West, a distance of 359.71 feet; thence South 88 degrees, 36 minutes, 50 seconds East, a distance of 307.28 feet to the True Point of Beginning. | Unknown | Springerville, AZ |
| St. Peter Parish<br>203 E. Apache Street<br>Springerville, AZ 85938 | Parcel No. 105-20-135. Legal Description: The South half of the following described property: commencing at the quarter corner of the South side of Section 33, Township 9 North, Range 29 East of the Gila and Salt River Base and Meridian, Apache County, Arizona; thence North 3297.7 feet; thence West 1626 feet; thence North 5°2' East, 388 feet ot the True Point of Beginning; Thence North 5°2'East, 120 feet; thence South 88°2' East, 132 feet; thence South 3°38' West, 120 feet; thence North 88°2' West, 132 feet more or less, the True Point of Beginning. | Unknown | Springerville, AZ |
| Immaculate Heart of Mary Parish<br>455 S. Lake Powell Blvd.<br>Page, AZ 86040 | Parcel No. 801-06-001. Legal Description: Lot L, Block 16C, Townsite of Page, as shown on the plat thereof, recorded in Case 1, Map 74, records of Coconino County, Arizona. | Unknown | Page, AZ |
| Immaculate Heart of Mary Parish<br>455 S. Lake Powell Blvd.<br>Page, AZ 86040 | Parcel No. 801-06-002. Legal Description: Lots J-J and J-H, Block 16C, Townsite of Page, as shown on the plat thereof, recorded in Case 1, Map 106, records of Coconino County, Arizona. | Unknown | Page, AZ |
| Immaculate Heart of Mary Parish<br>455 S. Lake Powell Blvd.<br>Page, AZ 86040 | Parcel No. 801-06-029A. Legal Description: Lot C-1, Block 224, of City of Page, Minor Subdivision of Tract C, Block 224, according to the plat of record in the office of the County Recorder of Coconino County, Arizona, recorded in Case 7, Map 74. | Unknown | Page, AZ |

BISHOP OF ROMAN CATHOLIC CHURCH OF THE DIOCESE OF GALLUP,    Case No.  13-13677-t11
an Arizona corporation sole,
Form 7 Statement of Financial Affairs
Line 14 - Property held for another person

**Trust Property**

| Name and Address of Owner | Description of Property | Value of Property | Location of Property |
|---|---|---|---|
| St. Jude Parish<br>100 Aspen Drive<br>Tuba City, AZ 86045 | Parcel No. 802-04-001A.  Legal Description: A strip of land northerly of and adjoining to that tract of land described in Docket 146, Page 556 of the Records of Coconino County, Arizona, said strip of land being a portion of the S/2, N/2, NW/4 of Section 29, Township 32 North, Range 11 East, Gila and Salt River Base and Meridian, Coconino County, Arizona, more particularly described as follows: Beginning at the Northeast Corner of the previously mentioned tract of land, htence Northerly, along and extension of the East line of the said tract of land, for 30.00 feet, more or less, to the North line of teh said S/2, N/2, NW/4 of Section 29; Thence Westerly, along said North line for 350.00 feet, more or less, ot the Northerly extension of the West line of the previously mentioned tract of land; Thence Southerly, along the extension of said West line, for 30.00 feet, more or less, to the Northwest Corner of the previously mentioned tract of land; Thence Easterly, along the North line of the previously mentioned tract of land, for 350.00 feet, more or less, to the Point of Beginning, containing 0.241 acres of land, more or less. | Unknown | Tuba City, AZ |
| Our Lady of the Lake Parish<br>1975 Daytona Drive<br>Lake Havasu City, AZ 86403 | Parcel No. 109-31-001.  Legal Description: That portion of Section 14, Township 13 North, Range 20 West, of the Gila and Salt River Base and Meridian, in the County of Mohave, State of Arizona, more particularly described as follows: Beginning at the most Southerly corner of Lot 1, Block 6 of Recorded Tract No. 142-B, Rececption No. 155188; thence Northeasterly along the Southeasterly line of said Block 6, North 44 degrees 16 minutes 00 seconds East 729.81 feet to the most Easterly corner of Lot 8 of said Block 6; thence Easterly along the Southerly line of said Block 6, South 81 degrees 06 minutes 11 seconds East 302.92 feet to the most Westerly corner of Lot 1, Block 2 of Recorded Tract No. 142-C, Reception No. 155189; thence Southerly along the Westerly line of said Block 2, South 18 degrees 00 minutes 00 seconds West 677.07 feet to an angle point therein; thence continuing Southwesterly along the Northwesterly line of said Block 2, South 25 degrees 00 minutes 00 seconds West 149.07 feet to the Northeasterly line of Daytona Drive, 60 feet wide as shown on map of said Tract No. 142-C; thence Northwesterly, leaving said Tract No. 142-C along the Northwesterly prolongation of said Northeasterly line of Daytona Drive, North 65 degrees 00 minutes, 00 seconds West 312.59 feet to the beginning of a tangent curve concave to the Northeast, having a radius of 970.00 feet; said tangent curve passes through the point of beginning; thence Northwesterly along said tangent curve through a central angle of 18 degrees 07 minutes 34 seconds an arc distance of 306.87 feet to the point of beginning, a radial line of said curve at said point of beginning bears South 43 degrees 07 minutes 34 seconds West. | Unknown | Lake Havasu City, AZ |
| Our Lady of the Assumption Parish<br>3048 Highway 277<br>Overgaard, AZ 85933 | Parcel No. 206-34-026J.  Legal Description: That part of the Southeast quarter of the Northwest quarter of Section 20, Township 12 North, Range 17 East of the Gila and Salt River Base and Meridian, Navajo County Arizona, described as follows: from the West quarter corner of said section 20 run North 00° 12' 37" West along the section line 1318.33 feet; thence south 89° 51' 55" East 1323.71 feet to the Northwest corner said Southeast quarter of the Northwest quarter; thence continuing South 89° 51' 55" East 330.00 feet to the true point of beginning and continuing; Thence South 89° 51' 55" East 140.00 feet; thence South 00° 11' 10" East 523.45 feet to the Northerly right of way line of Highway 277; thence South 63° 00' 27" West along said right of way line 156.82 feet; thence North 00° 11' 20" West 594.96 feet to the true point of beginning. | Unknown | Overgaard, AZ |

BISHOP OF ROMAN CATHOLIC CHURCH OF THE DIOCESE OF GALLUP,                    Case No.  13-13677-t11
an Arizona corporation sole,
Form 7 Statement of Financial Affairs
Line 14 - Property held for another person

**Trust Property**

| Name and Address of Owner | Description of Property | Value of Property | Location of Property |
|---|---|---|---|
| Our Lady of the Assumption Parish<br>3048 Highway 277<br>Overgaard, AZ 85933 | Parcel No. 206-36-052E.  Legal Description: Parcel One as per the survey play of record, in Book 34 of Surveys, page 31, records of Navajo County, Arizona.  Said Parcel One also further described as a portion of that certain Assessor Parcel 206-36-052C, which is described as follows: That portion of Lot 52, of Pineland Acres Subdivision, as recorded in Book 11 of Plat Maps, page 23, records of Navajo County, Arizona, located in a portion of the Northwest quarter of Section 20, Township 12 North, Range 17 East of the Gila and Salt River Base and Meridian, Navajo County, Arizona, and more particularly described as follows: Commencing at the Northwest corner of said Lot 52; Thence North 62 degrees 44 minutes 56 seconds East along the North line of said Lot 52, a distance of 16.86 feet to a point, being the Northwest corner of this parcel and the True Point of Beginning; Thence South 00 degrees 04 minutes 05 seconds East parallel to the West line of said Lot 52, a distance of 283.08 feet to a point, being the Southwest corner of this parcel; Thence North 64 degrees 44 minutes 56 seconds East parallel to the North line of said Lot 52, a distance of 275.82 feet to a point, being on the East line of said Lot 52, said point being the Southeast corner of this parcel; Thence North 00 degrees 02 minutes 51 seconds West along the East line of said Lot 52, a distance of 283.13 feet to a point, being on the North line of said Lot 52, said point being the Northeast corner of this parcel; Thence South 62 degrees 44 minutes 56 seconds West along the North line of said Lot 52, a distance of 275.93 feet to a point, being the Northwest corner of this parcel and the True Point of Beginning. | Unknown | Overgaard, AZ |
| St. Mary of the Angels Parish<br>1915 S. Penrod Lane<br>Pinetop, AZ 85935 | Parcel No. 311-44-020.  Legal Description: Commencing at the North Quarter corner of Section 5, Township 8 North, Range 23 East of the Gila and Salt River Base and Meridian, Navajo County, Arizona; thence run East 698.94 feet; thence run South 1020.00 feet to an iron pin the true point of beginning; thence run South 300.00 feet to an iron pin; thence run East 600.00 feet to an iron pin; thence run North 300.00 feet to an iron pin; thence run West 600.00 feet to the true point of beginning. | Unknown | Pinetop, AZ |
| St. Rita Parish<br>1400 East Owens<br>Show Low, AZ 85902 | Parcel No. 210-21-020.  Legal Description: A parcel of land located in the Southeast quarter of Section 20, Township 10 North, Range 22 East, of the Gila and Salt River Base and Meridian, Navajo County, Arizona, described as follows: Commencing at the Southeast 1/16 corner of Section 20, a 5/8 inch iron bar; Thence South 89 degrees 54 minutes 59 seconds East, a distance of 232.00 feet an iron bar in the concrete of a driveway being the True Point of Beginning; Thence continue Easterly along said line, a distance of 110.00 feet to a 5/8 inch iron bar capped SGS RLS 28234; Thence South 00 degrees 00 minutes 59 seconds East, a distance of 100.00 feet to a 5/8 inch iron bar capped SGS RLS 28234; Thence North 89 degrees 55 minutes 07 seconds West, a distance of 110.00 feet to a 3/8 inch iron bar in the concrete of a garage floor; Thence North 00 degrees 00 minutes 59 seconds West, a distance of 100.00 feet to the True Point of Beginning. | Unknown | Show Low, AZ |
| San Rafael Parish<br>35411 U.S. 180A<br>Concho, AZ 85924 | Parcel No. 107-33-116.  Legal Description:  Lot 946 Concho Lakeland #5 as shown on Docket #178 Page 594 of Town Site Maps in the Office of the Recorder of Apache County as Per A.R.S. 42-1614-A.#7. | Unknown | Concho, AZ |
| San Rafael Parish<br>35411 U.S. 180A<br>Concho, AZ 85924 | Parcel No. 201-28-051.  Legal Description: AS LOT 1, BLOCK 18, UNIT 2, AS SHOWN ON DOCKET 693, PAGE 355, OF TOWN SITE MAPS, IN THE OFFICE OF THE RECORDER OF APACHE CO. AS A.R.S. 42-1614-.#7A. | Unknown | Concho, AZ |

BISHOP OF ROMAN CATHOLIC CHURCH OF THE DIOCESE OF GALLUP,          Case No.  13-13677-t11
an Arizona corporation sole,
Form 7 Statement of Financial Affairs
Line 14 - Property held for another person

**Trust Property**

| Name and Address of Owner | Description of Property | Value of Property | Location of Property |
|---|---|---|---|
| San Rafael Parish<br>35411 U.S. 180A<br>Concho, AZ 85924 | Parcel Nos. 201-29-187A, 201-29-187B, 201-29-187C.  Legal Description: AS LOTS 1-2-3- BLOCK 187 UNIT #3 AS SHOWN ON DOCKET 334, PAGE 301, OF TOWN SITE MAPS, IN THE OFFICE OF THE RECORDER OF APACHE CO. AS A.R.S. 42-1614-.#7A. | Unknown | Concho, AZ |
| San Rafael Parish<br>35411 U.S. 180A<br>Concho, AZ 85924 | Parcel No. 201-29-225A.  Legal Description: AS LOT 1 BLOCK 225 UNIT 3 AS SHOWN ON DOCKET 146, PAGE 476 OF TOWN SITE MAPS, IN THE OFFICE OF THE RECORDER OF APACHE CO. AS A.R.S. 42-1614-.#7A. | Unknown | Concho, AZ |
| San Rafael Parish<br>35411 U.S. 180A<br>Concho, AZ 85924 | Parcel No. 201-40-053B, 201-40-053C.  Legal Description: AS LOTS 2 & 3 BLOCK 53 UNIT 8 AS SHOWN ON DOCKET 411, PAGE 130 OF TOWN SITE MAPS, IN THE OFFICE OF THE RECORDER OF APACHE CO. AS A.R.S. 42-1614-A.#7. | Unknown | Concho, AZ |
| San Rafael Parish<br>35411 U.S. 180A<br>Concho, AZ 85924 | Parcel No. 203-50-179.  Legal Description: LOT 179 IN HACIENDA SAN JUAN EST. AS SHOWN ON DOCKET 197, PAGE 445, OF TOWN SITE MAPS, IN THE OFFICE OF THE RECORDER OF APACHE CO. AS A.R.S. 42-1614-.#7A. | Unknown | Concho, AZ |
| San Rafael Parish<br>35411 U.S. 180A<br>Concho, AZ 85924 | Parcel No. 206-06-003.  Legal Description: LOT 4 UNIT 4 OF CEDAR HILLS AS SHOWN ON DOCKET 44, PAGE 435, OF TOWN SITE MAPS, IN THE OFFICE OF THE RECORDER OF APACHE CO. AS PER A.R.S. 42-1614-.#7A. | Unknown | Concho, AZ |

**15.    Prior address of debtor**

None
☒

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                          NAMED USED                          DATES OF OCCUPANCY

---

**16.    Spouses and Former Spouses**

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **eight-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17.    Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME                    NAME AND ADDRESS                    DATE OF            ENVIRONMENTAL
AND ADDRESS                OF GOVERNMENTAL UNIT            NOTICE            LAW

None
☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME                    NAME AND ADDRESS                    DATE OF            ENVIRONMENTAL
AND ADDRESS                OF GOVERNMENTAL UNIT            NOTICE            LAW

None
☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS                                                                  STATUS OR
OF GOVERNMENTAL UNIT                    DOCKET NUMBER            DISPOSITION

**18.    Nature, location and name of business**

None
☒

a.  If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|----------------------|---------|--------------------|----------------------------|

None
☒

b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following:  an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19.    Books, records and financial statements**

None
☒

a.  List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|

b.  List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None
☒

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

| None | | |
|---|---|---|
| ☒ | d. | List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor. |

        NAME AND ADDRESS                      DATE ISSUED

---

**20.    Inventories**

| None | | |
|---|---|---|
| ☒ | a. | List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory. |

DATE OF INVENTORY        INVENTORY SUPERVISOR        DOLLAR AMOUNT OF
INVENTORY
(Specify cost, market or other basis)

| None | | |
|---|---|---|
| ☒ | b. | List the name and address of the person having possession of the records of each of the two inventories reported in a., above. |

                                              NAME AND ADDRESSES OF CUSTODIAN
DATE OF INVENTORY                              OF INVENTORY RECORDS

---

**21.    Current Partners, Officers, Directors and Shareholders**

| None | | |
|---|---|---|
| ☒ | a. | If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership. |

    NAME AND ADDRESS             NATURE OF INTEREST          PERCENTAGE OF INTEREST

| None | | |
|---|---|---|
| € | b. | If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Bishop James S. Wall | Bishop of the Diocese of Gallup | N/A |
| Kevin Finnegan | Officer | N/A |
| Matthew Keller | Officer | N/A |
| James Hoy | Treasurer | N/A |
| Denise Lujan | Secretary | N/A |

---

**22.    Former partners, officers, directors and shareholders**

| None | | |
|---|---|---|
| ☒ | a. | If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case. |

    NAME                          ADDRESS                  DATE OF WITHDRAWAL

None
☐

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| James Hoy | CFO | June 2013 |

---

**23.** **Withdrawals from a partnership or distribution by a corporation**

None
☒

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24.** **Tax Consolidation Group**

None
☒

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

---

**25.** **Pension Funds**

None
☒

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

---

* * * * * *

B7 (Official Form 7) (04/13)

11

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____   Signature of Debtor _____

Date _____   Signature of Joint Debtor (if any) _____

_____

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   11/26/13 _____   Signature _____

Print Name and Title   The Most Reverend James S. Wall, Bishop for the Bishop of the Roman Catholic Church of the Diocese of Gallup

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

5 continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

_____

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____   _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer   Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

_____
Address

_____   _____
Signature of Bankruptcy Petition Preparer   Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*