# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW MEXICO

In re: Bishop of the Roman Catholic )
    Church of the Diocese of Gallup, )
    an Arizona corporation sole, )
    )
    )
    )
    )
    )
    Debtor )
    )

CASE NO.   13-13677-t11

**BUSINESS AND INDUSTRY
MONTHLY OPERATING REPORT**

MONTH OF     June-14

DATE PETITION FILED:   November 12, 2013

TAX PAYER ID NO. :   85-0149034

Nature of Debtor's Business:   Diocese of the Catholic Church

DATE DISCLOSURE STATEMENT  FILED _____ TO BE FILED _____

DATE PLAN OF REORGANIZATION  FILED _____ TO BE FILED _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND
THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

**RESPONSIBLE  PARTY:**

ORIGINAL  SIGNATURE  OF RESPONSIBLE PARTY

Christopher Linscott, CPA
PRINTED NAME  OF RESPONSIBLE PARTY

CPA-Financial Advisor
TITLE

17-Jul-14
DATE

**PREPARER:**

ORIGINAL  SIGNATURE  OF  PREPARER

Christopher Linscott, CPA
PRINTED NAME OF PREPARER

CPA-Financial Advisor
TITLE

17-Jul-14
DATE

PERSON TO CONTACT REGARDING THIS REPORT:  Christopher Linscott

PHONE NUMBER: 520-884-0176

ADDRESS: 33 N. Stone Ave., Ste 1100
Tucson, AZ 85701

FILE ORIGINAL REPORT ELECTRONICALLY WITH THE COURT

# CURRENT MONTH"S
# RECEIPTS AND DISBURSEMENTS

| | BANK ACCOUNTS | | | | |
|---|---|---|---|---|---|
| | Cash | Operating | Payroll | Tax | **Total** |
| | | | | | |

| | Cash | Operating | Payroll | Tax | Total |
|---|---|---|---|---|---|
| Balance at Beginning of Period | | | | | |

**RECEIPTS**

| | Cash | Operating | Payroll | Tax | Total |
|---|---|---|---|---|---|
| Cash Sales | | | | | |
| Accounts Receivable | | | | | |
| Loans and Advances | | | | | |
| Sale of Assets | | | | | |
| | | | | | |
| Transfers from Other DIP Accounts | | | | | |
| | | | | | |
| Other  (attach list) | | | | | |
| | | | | | |
| TOTAL RECEIPTS | | | | | |

**DISBURSEMENTS**

| | Cash | Operating | Payroll | Tax | Total |
|---|---|---|---|---|---|
| Business - Ordinary Operations | | | | | |
| Capitol Improvements | | | | | |
| Pre-Petition Debts | | | | | |
| Transfers to Other DIP Accounts | | | | | |
| Other  (attach list) | | | | | |
| | | | | | |
| | | | | | |
| **Reorganization Expenses:** | | | | | |
| Attorney Fees | | | | | |
| Accountant Fees | | | | | |
| Other Professional Fees | | | | | |
| U. S. Trustee Quarterly Fee | | | | | |
| Court Costs | | | | | |
| **TOTAL DISBURSEMENTS** | | | | | |

| | Cash | Operating | Payroll | Tax | Total |
|---|---|---|---|---|---|
| **Balance at End of Month** | | | | | |

*Information provided above should reconcile with balance sheet and income statement amounts

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements From Above | |
| **Less**: Transfers to Other DIP Accounts | |
| **Plus**: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; related parties; etc.) | |
| Total Disbursements for Calculating Quarterly Fees | $            - |

Note: This entitity does not maintain bank accounts.

# INCOME STATEMENT

(Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals,
(2) year-to-date and filing-to-date information is provided, and (3) if reorganization expenses are segregated in the statement.

| REVENUES | Current Month | Year to Date | Total SInce Filing |
|---|---|---|---|
| Gross Revenue | | | |
| Less:  Returns & Discounts | | | |
| Net Revenue | 0.00 | 0.00 | 0.00 |

| COST OF GOODS SOLD | | | |
|---|---|---|---|
| Material | | | |
| Direct Labor | | | |
| Direct Overhead (attach detail) | | | |
| Total Cost of Goods Sold | 0.00 | 0.00 | 0.00 |

| GROSS PROFIT | 0.00 | 0.00 | 0.00 |
|---|---|---|---|

| OPERATING EXPENSES | | | |
|---|---|---|---|
| Officer/Insider Compensation | | | |
| Selling & Marketing  (attach detail) | | | |
| General & Administrative (attach detail) | | | |
| Other Expenses (attach detail) | | | |
| Total Operating Expenses | 0.00 | 0.00 | 0.00 |

| Income Before Non-operating Income and Expense | 0.00 | 0.00 | 0.00 |
|---|---|---|---|

| OTHER INCOME & EXPENSE | | | |
|---|---|---|---|
| Other Income (attach list) | | | |
| Other Expense (attach list) | | | |
| Interest Expense | | | |
| Depreciation/Depletion | | | |
| Amortization | | | |
| Net Other Income & Expense | 0.00 | 0.00 | 0.00 |

| Income Before Reorganization Expense | 0.00 | 0.00 | 0.00 |
|---|---|---|---|

| REORGANIZATION EXPENSES | | | |
|---|---|---|---|
| Professional Fees | | | |
| U.S. Trustee Fees | | | |
| Other (attach list) | | | |
| Total Reorganization Expenses | 0.00 | 0.00 | 0.00 |

| Income Tax | 0.00 | 0.00 | 0.00 |
|---|---|---|---|

| NET PROFIT OR (LOSS) | 0.00 | 0.00 | 0.00 |
|---|---|---|---|

# COMPARATIVE BALANCE SHEET
(Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) current and prior period information is provided, and (3) if pre-petition and post-petition liabilities are segregated.

| ASSETS | SCHEDULE AMOUNT[1] | CURRENT MONTH | PRIOR MONTH |
|---|---|---|---|
| Unrestricted Cash | - | - | - |
| Restricted Cash | - | - | - |
| Total Cash | - | - | - |
| Accounts Receivable (net) | - | - | - |
| Inventory | - | - | - |
| Notes Receivable | - | - | - |
| Prepaid Expenses | - | - | - |
| Other (attach list) | - | - | - |
| Total Current Assets | - | - | - |
| Property, Plant & Equipment | - | - | - |
| Less: Accumulated Depreciation | - | - | - |
| Net Property, Plant & Equip. | - | - | - |
| Due From Insider(s) | - | - | - |
| Other Assets - net (attach list) | - | - | - |
| Other (attach list) | - | - | - |
| TOTAL ASSETS | - | - | - |
| **POST-PETITION LIABILITIES** | | | |
| Accounts Payable | - | - | - |
| Taxes Payable | - | - | - |
| Notes Payable | - | - | - |
| Professional Fees | - | - | - |
| Secured Debt | - | - | - |
| Other (attach list) | - | - | - |
| Total Post-Petition Liabilities | - | - | - |
| **PRE-PETITION LIABILITIES** | | | |
| Secured Debt | - | - | - |
| Priority Debt | - | - | - |
| Unsecured Debt | - | - | - |
| Other (attach list) | - | - | - |
| Total Pre-Petition Liabilities | - | - | - |
| TOTAL LIABILITIES | - | - | - |
| **EQUITY** | | | |
| Pre-petition Owner's Equity | - | - | - |
| Post-Petition Cumulative Profit/Loss | - | - | - |
| Direct Charges to Equity (explain) | - | - | - |
| Total Equity | - | - | - |
| TOTAL LIABILITIES & OWNER'S EQUITY | - | - | - |

[1] This column should reflect the information provided in Schedules A, B, C, D, E, and F filed with the Court

Page 4

Note: The Debtor only holds title to certain property with a value which has not yet been determined.
See Schedule A filed for a listing of the property.

# STATUS OF ASSETS

*Information provided on this page should reconcile with balance sheet amounts

| ACOUNTS RECEIVABLE | TOTAL | 0-30 Days | 31-60 Days | 60+ Days |
|---|---|---|---|---|
| Total Accounts Receivable | - | - | - | - |
| Less Amount Considered Uncollectible | - | - | - | - |
| Net Accounts Receivable | - | - | - | - |

| DUE FROM INSIDER | | |
|---|---|---|
| Schedule Amount | | - |
| Plus: Amount Loaned Since Filing Date | | - |
| Less: Amount Collected Since Filing Date | | - |
| Less: Amount Considered Uncollectible | | - |
| Net Due From Insiders | | |

| INVENTORY | | |
|---|---|---|
| Beginning Inventory | | - |
| Plus: Purchases | | - |
| Less: Cost of Goods Sold | | - |
| Ending Inventory | | - |

Date Last Inventory was taken: _____

| FIXED ASSETS * | SCHEDULE AMOUN | ADDITIONS | DELETIONS | CURRENT BOOK AMOUNT |
|---|---|---|---|---|
| Real Property | | | | |
| Buildings | | | | |
| Accumulated Depreciation | | | | |
| Net Buildings | | | | |
| Equipment | | | | |
| Accumulated Depreciation | | | | |
| Net Equipment | | | | |
| Autos/Vehicles | | | | |
| Accumulated Depreciation | | | | |
| Net Autos/Vehicles | | | | |

Provide a description of fixed assets added or deleted during the reporting period; include the date of Court order:

_____

_____

_____

*The Diocese owns property that is listed in the schedules filed with the Court. The value of this property is currently unknown.

Page 5

# STATUS OF LIABILITIES
# AND SENSITIVE PAYMENTS

*Information provided on this page should reconcile with balance sheet and disbursement detail amounts

| POST-PETITION LIABILITIES | TOTAL | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|
| Accounts Payable * | - | - | - | - | - |
| Taxes Payable | - | - | - | - | - |
| Notes Payable | - | - | - | - | - |
| Professional Fees Payable | - | - | - | - | - |
| Secured Debt | - | - | - | - | - |
| Other (attach list) | - | - | - | - | - |
|  | - | - | - | - | - |
| **Total Post-Petition Liabilities** | - | - | - | - | - |

*DEBTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING

## PAYMENTS TO INSIDERS AND PROFESSIONALS

| Insiders | | | |
|---|---|---|---|
| Name | Reason for Payment | Amount Paid this Month | Total Paid to Date |
|  |  | - | - |
|  |  | - | - |
|  |  | - | - |
|  |  | - | - |
|  |  | - | - |
| **Total Payments to Insiders** |  | - | - |

| Professionals | | | | |
|---|---|---|---|---|
| Name | Date of Court Order Authorizing Payment | Amount Aproved | Amount Paid this Month | Total Paid to Date |
|  |  | - |  | - |
|  |  | - | - | - |
|  |  | - | - | - |
|  |  | - | - | - |
| **Total Payments to Proffessionals** |  | - | - | - |

Case Number:   13-13677-t11

# CASE STATUS

## QUESTIONNAIRE

|  | YES | NO |
|---|---|---|
| Have any funds been disbursed from any accounts other than a Debtor-in-Possession account? |  | X |
| Are any post-petition receivables (accounts, notes or loans) due from related parties? |  | X |
| Are any wages past due? |  | X |
| Are any U. S. Trustee quarterly fees delinquent? |  | X |

Provide a detailed explaination of any "YES" answers to the above questions:  (attach additional sheets if needed)

_____

_____

_____


Current number of employees:            0

## INSURANCE

| Carrier & Policy Number | Type of Policy | Period Covered | Payment Amount & Frequency |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**What steps have been taken to remedy the problems which brought on the chapter 11 filing?**

_____

_____

_____


**Identify any matters that are delaying the filing of a plan of reorganization:**

_____

_____

_____

Page 7

# DISBURSEMENT DETAIL

| | |
|---|---|
| **Month:** | 1-Jun-14 |
| **Account #** | |
| **Bank Name** | |

## Cash/Electronic Disbursements

| Date | Payee | Purpose | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total Cash/Electronic Disbursements | - |

## CHECKS ISSUED

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total checks listed on this page** | | | | |
| **Total checks listed on continuation pages** | | | | |

| | |
|---|---|
| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | - |

Page 8